IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNIE STOWE,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **No. 90-6512** |
| | : | |
| **DONALD T. VAUGHN,** | : | |
| **Respondent.** | : | |
| | : | |

## ORDER

**AND NOW**, this 27th day of July, 2016, upon consideration Petitioner's "Motion to Vacate Order Denying Habeas Corpus Relief Pursuant to Fed. R. Civ. 60(b)(6)" (Doc. No. 21) and the response thereto, it is hereby **ORDERED** that Petitioner's motion is **DENIED** without prejudice.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**